UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ANTHONY DAVID SPETOSKEY,

                                    **INDICTMENT**

        Defendant.

_____/

    The Grand Jury charges:

## COUNT 1
### (Distribution of Child Pornography)

In or about October 2024, in Kent and Berrien Counties, in the Southern Division of the Western District of Michigan, and elsewhere,

ANTHONY DAVID SPETOSKEY

knowingly distributed images and videos of child pornography using any means or facility of interstate or foreign commerce.

Specifically, the defendant sent the following image containing child pornography via Telegram, an internet application: photo_1_2024-10-01_14-32-26.jpg

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

## COUNT 2
### (Access with Intent to View Child Pornography)

From in or about October 2024 to September 5, 2025, in Kent and Berrien Counties, in the Southern Division of the Western District of Michigan,

ANTHONY DAVID SPETOSKEY

knowingly accessed with intent to view any child pornography.  Specifically, the defendant used the internet to access one or more of the images listed below with the intent to view it:

1. File name: rLAzXbDI

2. File name: bPZnlTDB.jpg

3. File name: LLQXnTCZ

These depictions were produced using materials that had been shipped or transported in and affecting interstate and foreign commerce, including, but not limited to, a Samsung Galaxy A16 cell phone, and were shipped and transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)(A)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §252A, as charged in this Indictment,

ANTHONY DAVID SPETOSKEY

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to a Samsung Galaxy A16 cell phone (IMEI: 352513127913073).

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256                              A TRUE BILL

                                             [ /s/ Redacted ]
                                             _____
TIMOTHY VERHEY                               GRAND JURY FOREPERSON
United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney